IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV146-RLV-DSC

| | |
|---|---|
| ALEXIS CHRISTOPHER BARBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEROYAL INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (documents #7) filed November 10, 2011 requesting admission of attorney Mark A.J. Fassold to represent Plaintiff. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: November 10, 2011

David S. Cayer
United States Magistrate Judge