IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV146-RLV-DSC

| | |
|---|---|
| ALEXIS CHRISTOPHER BARBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| DEROYAL INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents #4, 5 and 6) filed November 10, 2011 requesting admission of attorneys William Joseph Maiberger, Jr., Jon Todd Powell, and Brant S. Mittler to represent Plaintiff. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: November 10, 2011

David S. Cayer
United States Magistrate Judge