IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV146-RLV-DSC

| | |
|---|---|
| ALEXIS CHRISTOPHER BARBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEROYAL INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents ##12 and 13) filed December 7, 2011 requesting admission of attorneys Frank Alvarez and Kristin Elizabeth McLaughlin. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees</u>.

**SO ORDERED**.

Signed: December 7, 2011

David S. Cayer
United States Magistrate Judge