IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV146-RLV-DSC

| | |
|---|---|
| ALEXIS CHRISTOPHER BARBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEROYAL INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**FOR GOOD CAUSE SHOWN**, the Court hereby **GRANTS** DeRoyal Industries, Inc.'s Motion to Seal Exhibits B-E to DeRoyal's Memorandum in Support of Motion for Summary Judgment. The Court finds that these documents contain private, individually identifiable health information and that public dissemination of this information would harm both parties. Accordingly, this harm outweighs any right to access granted by common law.

**THEREFORE**, it is **ORDERED** that Exhibits B-E to DeRoyal's Memorandum in Support of Motion for Summary Judgment shall be sealed.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: October 16, 2012

David S. Cayer
United States Magistrate Judge